**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **LISA ANN VAUGHN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO:** |
| **v.** | : | **7:26-cv-224–WLS** |
| | : | |
| **THOMAS COUNTY, GEORGIA, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

# ORDER

By Order (Doc. 4) entered August 17, 2026, the Court granted *pro se* Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) ("IFP Application"). Through information contained in Plaintiff's motion for temporary restraining order (Doc. 7) ("TRO Motion"), the Court became aware of assets that were not included in Plaintiff's IFP Application. Thus, by Order (Doc. 19) entered October 19, 2026, Plaintiff was ordered to supplement her IFP Application with her ownership interest in ITZITart Corporation, including any payments or benefits received therefrom, any other assets not listed in her original IFP Application, the value of ITZITart and the homes referenced in her TRO Motion, any debt secured by the homes, and whether the homes are titled in her, ITZITart's, or another person's name. The supplement was to be filed no later than November 2, 2026. The Court advised Plaintiff that upon receipt and review of the supplement, the Court would determine whether its August 17, 2026 Order needed to be amended. To date, the supplement has not been filed. Thus, the Court finds that Plaintiff has failed to provide information relevant to the Court's determination of whether Plaintiff was entitled to be exempt from prepaying the filing fee in this case under 28 U.S.C. § 1915(a).

Accordingly, upon reconsideration, the Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**. Plaintiff must pay the Court's

filing fee in this case not later than **Friday, December 11, 2026**, or her case will be dismissed, without prejudice, without further notice or proceedings.

**SO ORDERED**, this 13th day of November 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**