**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **LISA ANN VAUGHN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO:** |
| **v.** | : | **7:26-cv-224–WLS** |
| | : | |
| **THOMAS COUNTY, GEORGIA, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER

Before the Court is a Notice of Incarceration of Plaintiff (Doc. 26) ("Notice") filed November 18, 2026, by Defendants Thomas County, Georgia; the Thomas County Sheriff's Office; Tim Watkins, individually and in his official capacity as Sheriff of Thomas County ("Sheriff Watkins"); and Kevin Dennis and Brock Hanberry, individually and in their official capacities as employees of Sheriff Watkins, hereinafter collectively referred to as the "Thomas County Defendants." Therein, counsel for the Thomas County Defendants notifies the Court that he understands that on October 23, 2026, Plaintiff Lisa Ann Vaughn was incarcerated in the Thomas County jail on a bench warrant issued by a Judge of the Superior Court of Thomas County. Defendant's counsel further understands that as of the date of the Notice Plaintiff remains incarcerated in the Thomas County Jail.

The Court's docket reflects that at Plaintiff's request a friend of Plaintiff called the clerk's office on November 3, 2026, notifying the Clerk that Plaintiff had been arrested. At that time, Plaintiff, through her friend, was notified that Plaintiff must file a written change her address and if desired, file a written request for extensions for documents that may be due. (*See* Docket Text 11/03/2026). To date, Plaintiff has not filed a notice of change of address. Nor has she filed any motions for extension of any pending deadlines.

Accordingly, the Court notifies the Plaintiff that until she files the proper written notice of change of address, all documents served by the Court will continue to be mailed to the current address on file with the Court: 1077 Hwy. 93, Pelham, GA 31779. Plaintiff is

responsible for keeping the Court apprised of her current location and remains responsible for meeting deadlines set forth in Orders, the Federal Rules of Civil Procedure, and the Court's Local Rules.

For purposes of ensuring Plaintiff receives notice of her responsibilities set forth in this Order, the Clerk of Court is **DIRECTED** to serve a copy of this Order on Plaintiff at the address in the Court's records and at the address provided in the Notice addressed to Lisa Ann Vaughn, Booking # 412364, Thomas County Jail, 921 Smith Ave., Thomasville, GA 31792. All further matters from this Court shall be served on Plaintiff only at the address in the Court's records as may be properly updated by the Parties.

**SO ORDERED**, this 19th day of November 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**