**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **LISA ANN VAUGHN,** | : | |
| | : | |
| **Plaintiff,** | : | **CASE NO:** |
| **v.** | : | **7:26-cv-224–WLS** |
| | : | |
| **THOMAS COUNTY, GEORGIA, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

On November 13, 2026, Defendants the Division of Family and Children Services, Thomas County Office, Taya Bowling, Brandy England, Yolanda Gurly, Alicia Jackson, Taylor Titus, and Ulexia West (collectively the "DFCS Defendants"), filed a Motion to Set Aside Default (Doc. 23). The Georgia Department of Human Services ("GDHS") joins in the Motion although it has not been properly served. On August 5, 2026, Plaintiff Lisa Ann Vaughn filed this action *pro se.* The DFCS Defendants were served with the summons and complaint on September 22, 2026. (*See* Docs. 8-2 through 8-8). Thus, their answer(s) were due on October 13, 2026. None of the DFCS Defendants filed a timely response to the Complaint. (*See* Docket; *see also* Doc. 23-1 at 2). Even though the Clerk's entry of default has not been entered in this case, the DFCS Defendants request that default in this case, which has occurred by operation of law, be set aside.

Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, *and that failure is shown by affidavit or otherwise*, the clerk must enter the party's default. Fed. R. Civ. P. 55(a) (emphasis added). Under Rule 55(c), the Court may set aside an entry of default for good cause. As the DFCS Defendants note, the Clerk's entry of default has not been entered in this case, neither has Plaintiff filed a motion for entry of default, nor an affidavit supporting such a motion. As such, the Court finds that at this time the Motion to Set Aside Default is moot.

Accordingly, Motion to Set Aside Default (Doc. 23) is **DENIED AS MOOT, WITHOUT PREJUDICE**.

**SO ORDERED**, this 24th day of November 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**